```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
           -v-                                                    :     13-CR-580-04 (JMF)
                                                                  :
GERALD WILLIAMS,                                                  :     SCHEDULING ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The violation of supervised release conference in this matter, presently scheduled for tomorrow, September 29, 2022, is ADJOURNED at the request of the Probation Department to **October 3, 2022,** at **11:15 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Dated: September 28, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge