**MICHAEL H. SPORN**
ATTORNEY AT LAW
_____

(212) 791-1200
mhsporn@gmail.com

| | |
|---|---|
| 299 BROADWAY<br>NEW YORK, NEW YORK 10007 | 42-40 BELL BOULEVA RD<br>BAYSIDE, NEW YORK 11361 |

September 30, 2022

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Gerald Williams</u>
13 CR 580 (JMF)

Dear Judge Furman:

     I write concerning the status of supervision in this matter.  I am not available to attend a status conference scheduled for October 3.  As it happens I have another matter before your Honor on October 4 at 10:45 a.m.  I could be available sometime that morning if convenient.  However, I respectfully request that the Court appoint another CJA attorney to take up this cause.  I have a trial scheduled in the EDNY with jury selection on October 13.  Thereafter, I have a surgical procedure on November 3 that will affect my vision during recuperation through the end of the year.  Between these two commitments, I will not be able to give this matter my full attention.  Thank you for your consideration of this matter.

                                                                                                                    Respectfully submitted,

                                                                                                                     Michael H. Sporn

MHS/ss
Cc:  Christopher DiMase, Esq.
     Brianna Willborn, U.S.P.O.