**MICHAEL H. SPORN**
ATTORNEY AT LAW
_____

(212) 791-1200
mhsporn@gmail.com

| | |
|---|---|
| 299 BROADWAY<br>NEW YORK, NEW YORK 10007 | 42-40 BELL BOULEVA RD<br>BAYSIDE, NEW YORK 11361 |

September 30, 2022

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Gerald Williams</u><br>13 CR 580 (JMF)

Dear Judge Furman:

  I write concerning the status of supervision in this matter. I am not available to attend a status conference scheduled for October 3. As it happens I have another matter before your Honor on October 4 at 10:45 a.m. I could be available sometime that morning if convenient. However, I respectfully request that the Court appoint another CJA attorney to take up this cause. I have a trial scheduled in the EDNY with jury selection on October 13. Thereafter, I have a surgical procedure on November 3 that will affect my vision during recuperation through the end of the year. Between these two commitments, I will not be able to give this matter my full attention. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn *(Digitally signed by Michael Sporn, DN: cn=Michael Sporn, o, ou, email=mhsporn@gmail.com, c=US Date: 2022.09.30 11:53:43 -04'00')*

Michael H. Sporn

MHS/ss
Cc: Christopher DiMase, Esq.
  Brianna Willborn, U.S.P.O.

Mr. Sporn will be relieved as counsel of record and the Court will appoint the CJA attorney on duty on October 3, 2022, Raoul Zaltzberg to represent Mr. Williams. All parties should still appear in Court on October 3, 2022, at 11:15 a.m., in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007, as previously scheduled. The Clerk of Court is directed to terminate Doc. #313. SO ORDERED.

*[Signature]*

September 30, 2022