UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA            :
                                         :

                -v-                            :                      13-CR-580-4 (JMF)
                                         :

GERALD WILLIAMS,                   :                        ORDER
                                         :

                          Defendant.         :
                                         :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     It is hereby ORDERED that the defendant in the above captioned case, USM Number

20890-052, is, subject to any warrants or detainers, to be immediately released to the custody of

the Probation Department for intake and transportation to Odyssey House.


     SO ORDERED.


Dated: October 19, 2022
      New York, New York
                                                     JESSE M. FURMAN
                                        United States District Judge