```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                                 :     13-CR-580-4 (JMF)
                                                                  :
GERALD WILLIAMS,                                                  :     ORDER
                                                                  :
                      Defendant.                                  :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

At a proceeding earlier today, the Court ordered the defendant released immediately, to be transported by defense counsel to Odyssey House.  The Probation Department just advised the Court that Odyssey House closes at 5 p.m. and that there is no way to get the defendant there in time to be admitted today.  Accordingly, pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the defendant, USM Number 20890-052, shall be released **tomorrow**, subject to the following conditions (in addition to the existing terms of Supervised Release):

- The defendant shall be produced to the Probation Department tomorrow, at which time Probation will arrange for him to be transported to Odyssey House.

- The defendant shall participate in an inpatient treatment program approved by the United States Probation Office (namely, Odyssey House) for a period of at least 90 days, which program may include testing to determine whether he has reverted to using drugs or alcohol.  The defendant must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments.  The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use

disorder treatment provider.

- The defendant shall cooperate with a mental health evaluation to be done at the direction of the United States Probation Office.

- The defendant shall participate in an outpatient mental health treatment program approved by the United States Probation Office. The defendant must continue to take any prescribed medications unless otherwise instructed by the health care provider. The defendant must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

SO ORDERED.

Dated: December 15, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge