UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
              -v-                                                 :    13-CR-580-4 (JMF)
:
GERALD WILLIAMS,                                                  :    ORDER
:
                      Defendant.                                  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of a report from the Probation Department, sentencing in this matter, which was previously scheduled for February 16, 2023, is MOVED to **January 26, 2023**, at **2:15 p.m.** The parties shall appear at that time in **Courtroom 1105** of the **Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007.**

      SO ORDERED.

Dated: January 17, 2023
       New York, New York
                                              JESSE M. FURMAN
                                         United States District Judge